Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

Frances Goetzinger-Amendt
Plaintiff(s)

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

State of Arizona
Defendant(s)

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. CV-19-05236-PHX-MTL
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☒ Yes ☐ No

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE LRCiv P 5.4
(Rule Number/Section)

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Frances Goetzinger-Amendt
Street Address: 24201 N. 181st Drive
City and County: Surprise AZ 85387
State and Zip Code: AZ 85387
Telephone Number: 602 505 4048
E-mail Address: ladyrose27.liberty@aol.com

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Arizona State Board of Nursing Care Institution Administrators & Assisted Living Facility Managers
- ~~Job or Title~~ (if known):
- Street Address:
- City and County: Phoenix AZ 85014
- State and Zip Code:
- Telephone Number: 602 364-CARE
- E-mail Address (if known):

Defendant No. 2
- Name: Az State Department of Administration
- Job or Title (if known): + Risk Management + third party administrator et al
- Street Address: 100 N. 15th Ave
- City and County: Phoenix Az
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name: Arizona Industrial Commission
- Job or Title (if known): 800 W. Washington
- Street Address: Phoenix Az
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name: Arizona State Retirement System
- Job or Title (if known): State of Az
- Street Address: Arizona State Capitol
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Right to Due Process / Violation Right to Accommodations under the ADA / Right as stated in attached filings in the Arizona Court of Appeals / Right to my records under HIPAA / Bad Faith*

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

*N/A*

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b.     If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ , and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     **The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Benefits ~~State~~ Disability as promised and medical benefits + CARE (2) injuries from 2001 — medical benefits determined by, injuries sustained 3/31/2001 and 7/12/2001 (two) separate injuries plus all other benefits

**III.**     **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Injured 3/31/2001 and 7/12/2001 — determined totally Permanently Disabled for any occupation 3/2002. Filed in Industrial Commission → Az. Court of Appeals / → Arizona Supreme Crt attached —

**IV.**     **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

All Benefits promised by the State of Arizona including medical expenses paid from date of injury to current. ie — Disability, medical care for life of injuries sustained, 2001, Actions of the State — deliberate, intentional, malicious — punitive damages —

V.  **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9/20/2019

Signature of Plaintiff: *Frances Goetzinger Amendt*

Printed Name of Plaintiff: Frances Goetzinger Amendt

B.  **For Attorneys**

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

# Arizona Supreme Court
## Civil Petition for Review - Industrial Commission

**CV-19-0102-PR** — **FRANCES GOETZINGER-AMENDT v ICA et al**

### Appellate Case Information
- Case Filed: 5-Apr-2019  Archive on: 18-Jul-2029 (planned)
- Case Closed: 18-Jul-2019

### Dept/Composition

---

**Side 1: FRANCES GOETZINGER-AMENDT, Petitioner**
(Litigant Group) FRANCES GOETZINGER-AMENDT
- Frances Goetzinger-Amendt, Pro Se    PRO SE

**Side 2: THE INDUSTRIAL COMMISSION OF ARIZONA, Respondent**
(Litigant Group) THE INDUSTRIAL COMMISSION OF ARIZONA
- Industrial Commission of Arizona

Attorneys for: Respondent
Stacey Ann Rogan, Esq. (AZ Bar No. 20067)

**Side 3: BOARD OF NURSING CARE EXAM\*,\*\*, Respondent Employer,**
(Litigant Group) BOARD OF NURSING CARE EXAM\*,\*\*/THE STATE OF ARIZONA – DOA RISK MANAGEMENT\*,\*\*
- Arizona Board of Nursing Care
- ADOA Risk Management

Attorneys for: Respondent Employer
Charles W Ferris, Jr, Esq. (AZ Bar No. 16178)

**Side 4: THE STATE OF ARIZONA – DOA RISK MANAGEMENT\*,\*\*, Respondent Carrier**

### CASE STATUS
- Jul 18, 2019 ..... Case Closed
- Jul 18, 2019 ..... Decision Rendered
- Apr 5, 2019 ....... Awaiting Petition for Review

### PREDECESSOR CASE(S)

| | | Cause/Charge/Class | Judgment/Sentence | Judge, Role <Comments> | Trial | Dispo |
|---|---|---|---|---|---|---|
| 1 CA | | 1 CA-IC 18-0031 | | | | |
| ICA | | 20011-830742 | | Gaetano J Testini, Administrative Law Judge Comments: (none) | | |
| INSCA | | 2001030850 | | Comments: (none) | | |
| ICA | | 20012-220932 | | Comments: (none) | | |
| INSCA | | 2001030330 | | Comments: (none) | | |

### CASE DECISION

**18-Jul-2019  ORDER**

IT IS FURTHER ORDERED denying the motion for extension of time as untimely.

IT IS FURTHER ORDERED dismissing this case.

John R Lopez IV

Filed: 18-Jul-2019   Mandate:

Decision Disposition
*Denied*
*Dismissed*

### 13 PROCEEDING ENTRIES

1.  5-Apr-2019  FILED: Motion for Extension of Time to File Petition for Review/Response to Petition for Review (Petitioner Goetzinger-Amendt, Pro Se)

2.  8-Apr-2019  A "Motion for Extension of Time to File Petition for Review/Response to Petition for Review" (Petitioner Goetzinger-Amendt) having been filed on April 05, 2019,

    IT IS ORDERED granting a first extension of time to file the petition for review on or before May 16, 2019. No further extensions of time shall be granted absent extraordinary circumstances. This matter is subject to dismissal if the petition for review is not filed by May 16, 2019. (Janet Johnson, Clerk)

3.  19-Apr-2019  FILED: Request for the Appointment of Legal Counsel (Petitioner Goetzinger-Amendt, Pro Se)

# Arizona Supreme Court
## Civil Petition for Review - Industrial Commission

**CV-19-0102-PR**       **FRANCES GOETZINGER-AMENDT v ICA et al**

### 13 PROCEEDING ENTRIES

| # | Date | Entry |
|---|------|-------|
| 4. | 23-Apr-2019 | A "Request for the Appointment of Legal Counsel" (Petitioner Goetzinger-Amendt) having been filed on April 19, 2019, |
| | | IT IS ORDERED denying the motion. Petitioner may be able to obtain low cost or free legal assistance through the Maricopa County Bar Association Volunteer Lawyers' Program or AZLawHelp, https://www.azlawhelp.org/resourceprofile.cfm?id=40 (Hon. Ann A. Scott Timmer) |
| 5. | 21-May-2019 | FILED: Motion for Extension of Time to File Petition for Review/Response to Petition for Review (Petitioner Goetzinger-Amendt, Pro Se) |
| 6. | 18-Jun-2019 | On May 21, 2019, Petitioner Goetzinger-Amendt, Pro Se filed a "Motion for Extension of Time to File Petition for Review/Response to Petition for Review" requesting an extension of time to file the petition for review on or before June 3, 2019. Due to a clerical error, no order was issued by this Court. Therefore, |
| | | IT IS ORDERED granting a second extension of time to file the petition for review on or before July 5, 2019. No further extensions of time shall be granted absent extraordinary circumstances. This matter is subject to dismissal if the petition for review is not filed by July 5, 2019. (Janet Johnson, Clerk) |
| 7. | 10-Jul-2019 | FILED: (Third) Motion for Extension of Time to File Petition for Review (Petitioner Goetzinger-Amendt, Pro Se) |
| 8. | 10-Jul-2019 | FILED: Records Request (Petitioner Goetzinger-Amendt, Pro Se) |
| 9. | 16-Jul-2019 | FILED: Respondent Carrier's Response to Motion for Extension of Time to File Petition for Review; Certificate of Service (Respondent Employer Board of Nursing Care Exam/Respondent Carrier State of Arizona – DOA Risk Management) |
| 10. | 18-Jul-2019 | On June 18, 2019, this court granted an extension of time to file the petition for review on or before July 5, 2019. On July 10, 2019, Petitioner Goetzinger-Amendt, Pro Se filed a third "Motion for Extension of Time to File Petition for Review" and a "Records Request". Respondent Employer Board of Nursing Care Exam/Respondent Carrier State of Arizona – DOA Risk Management filed a "Respondent Carrier's Response to Motion for Extension of Time to File Petition for Review" on July 17, 2019. Upon due consideration, |
| | | IT IS ORDERED denying the records request. |
| | | IT IS FURTHER ORDERED denying the motion for extension of time as untimely. |
| | | IT IS FURTHER ORDERED dismissing this case. (Hon. John R Lopez IV) |
| 11. | 9-Aug-2019 | FILED: Request for Correction (Petitioner Goetzinger-Amendt, Pro Se) |
| 12. | 15-Aug-2019 | FILED: Request for Reconsideration (Petitioner Goetzinger-Amendt, Pro Se) |
| 13. | 21-Aug-2019 | Petitioner Goetzinger-Amendt, Pro Se filed a "Request for Correction" on August 9, 2019, and a "Request for Reconsideration" on August 15, 2019. |
| | | On July 18, 2019, this Court denied Petitioner Goetzinger-Amendt's third motion for extension of time as untimely and dismissed the case. Upon consideration, |
| | | IT IS ORDERED granting the request for correction as noted in the caption above |
| | | IT IS FURTHER ORDERED that Petitioner Goetzinger-Amendt's request for reconsideration is denied. (Hon James P Beene) |



                                 OFFICE NUMBER: (855) 432-7587
                                 CASE NUMBER: 04300238
                                 NOTICE NUMBER: X606
                                 MAILING DATE: 09/16/19

  FRANCES AMENDT
      24201 N 181ST DR
      SURPRISE AZ 85387


DEAR FRANCES AMENDT

Este aviso se refiere a la informacion importante acerca de sus beneficios, los plazos cortos para pedir una Audiencia y la manera de seguir recibiendo beneficios si usted esta en desacuerdo con nuestra decision. Llame de inmediato al DES al (855) 432-7587 y DES le leeran esta aviso a usted en Espanol.

## THIS DECISION IS ABOUT YOUR NUTRITION ASSISTANCE BENEFITS

Important: The amount of your NA benefits may change starting October 2019.

We took this action because the Federal Government has changed the benefit amounts and allowable deductions.

If you are receiving NA benefits for the Arizona Simplified Nutrition Assistance Program (AZSNAP) your benefits will change because the Food and Nutrition Service (FNS) made a required adjustment to the amount of benefits.

NOTE: AZSNAP provides NA benefits to Supplemental Security Income (SSI) recipients only who meet all of the following requirements:
  - Age 65 or older
  - An Arizona resident
  - Not living in an institution
  - Gets SSI
  - Does not receive regular NA benefits
  - Lives alone or purchases and prepares food separately from others

## BENEFIT AMOUNT

For the month of 10/19, you are eligible for $ 16.00. You are approved through 03/31/20.

NOTE: You may be eligible for the amount listed unless you have received a notice stating a different amount or action due to another change that was reported.

NOTE: You may get less in benefits if you have an ongoing overpayment and it is collected from your monthly benefits. Notices about overpayments are sent by the Office of Accounts Receivable and Collections.

## RESPONSIBILITY FOR REPORTING CHANGES

Your change reporting requirements have not changed. You can report changes or provide proof in writing, over the phone or by FAX at (844) 680-9840.

## WHAT YOU CAN DO IF YOU NEED HELP OR HAVE QUESTIONS

Call us at 1 (855) 432-7587 or (855) 432-7587. You can call us Monday through Friday, 7:30 a.m. to 5:00 p.m. The TTY number for the hearing impaired is 7-1-1.

## WHAT YOU CAN DO IF YOU DO NOT AGREE WITH OUR DECISION

If you do not agree with our decision, you may request an appeal by filling out the form on the last page of this notice. You may give the form to us in person, by mail, or fax. You may call the Office of Appeals at (602) 771-9019 or toll free at 1 (877) 528-3330 to request an appeal.
Fax Number: (602)257-7058

**IMPORTANT: You must state why this change in the law does not apply to you.**

- We explain your Right to Appeal on the last page of this notice.
- You can represent yourself, or another person or a lawyer can represent you at the hearing.

**DEADLINES TO REQUEST AN APPEAL**

90 DAYS from the date on this notice.

**HOW TO GET BENEFITS WHILE WAITING FOR AN APPEAL**

- You may keep getting benefits if you request an appeal before the effective date of the action listed on this notice or ten (10) days from the date of this notice, whichever is later.
- You cannot get benefits while waiting for a hearing if:
  -- Your application was denied;
  -- Your benefits stopped because the approval period ended;
  -- The law changed; or
  -- You got the most you can get under the program.

CAUTION: You may have to pay back the NA benefits you got while waiting for a hearing if you do not go to your hearing, you withdraw your hearing request, or you do not win your case.

(Continued on the next page.)

CE200B (08/09)